IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

**United States of America**

vs

CR NO. <u>2:18-CR-01024-DCN-1</u>

**Antwine Lamar Matthews**

# PLEA

The defendant, **Antwine Lamar Matthews**, having withdrawn his plea of Not Guilty entered, November 29, 2018 pleads guilty to **Count(s)** _1, 2, 3, & 4_ of the **Indictment**, after arraignment in open court.

_(Signed)_ Defendant

Charleston, South Carolina
September 16, 2019